# IN THE UNTIED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: VALERIE PATRICIA COLEMAN               CASE NO.: 04-04777-EE
                                              CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS
## CLAIMANTS AND AMOUNTS

COMES NOW, Tylvester O. Goss, Trustee, pursuant to Rule 3010(a) and 3011, FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to wit:

| CLAIMANT'S NAME | CLAIMANT'S ADDRESS | AMOUNT |
|---|---|---|
| Valerie Patricia Coleman | 2728 Shanon Street, Jackson, MS 39212 | $1,013.08 |

A true and correct copy of the check register reflecting that check number 107 was issued to the above-named debtor is attached hereto and incorporated herein as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Tylvester O. Goss, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

RESPECTFULLY SUBMITTED,

TYLVESTER O. GOSS

Tylvester O. Goss
Chapter 7 Trustee
1441 Lakeover Road
Jackson, MS 39213
(601) 981-2800
MS BAR NO. 4920

## CERTIFICATE OF SERVICE

I, TYLVESTER O. GOSS, do hereby certify that I have this date served, via United States Mail, postage prepaid or by Notice of Electronic Filing via the e-mail address on file with the Court's CM/ECF system, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following:

United States Trustee
100 W. Capitol Street
Suite 706
Jackson, MS 39269

Richard R. Grindstaff, Esq.
P.O. Box 720517
Byram, MS 39272

Valerie Patricia Coleman
2728 Shanon Street
Jackson, MS 39212

This the 23rd day of August, 2007.

TYLVESTER O. GOSS

Printed: 08/22/07 03:08 PM

# Outstanding Checks Report

Trustee: Tylvester O. Goss ( 440030 )

Period End: 08/22/07

Page: 1

| Case # | Account # | Check # | Issued | Paid / Stopped | Paid to | Amount |
|---|---|---|---|---|---|---|
| 04-04777 | 312990504566 | 107 | 01/13/07 | | Valerie Patricia Coleman | 1,013.08 |

Total Number of Outstanding Checks: 1         1,013.08


EXHIBIT "A"